```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------

MYKAYLA FAGNANI,

           Plaintiff,

   - against -

AFRO UNICORN, INC.,

           Defendant.

-----------------------------------

25-cv-1739 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for the parties to provide a status update on settlement was **June 16, 2025**. To date, no update on the status of settlement has been filed. The time for the parties to file a status update on settlement is extended to **July 3, 2025**.

SO ORDERED.

Dated:    New York, New York
            June 19, 2025

                                                  _____
                                                       John G. Koeltl
                                               United States District Judge